GOLDBERG, STINNETT, MEYERS & DAVIS
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Plaintiff Jeffrey E. Hoffman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. HOFFMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS R. LLOYD, an individual,<br>EDWARD L. BLUM, an individual, and<br>DOES 1 through 20, inclusive,,<br><br>    Defendants. | No. 3:07-cv-2417<br><br>**<u>AMENDED</u>**<br>**<u>NOTICE OF RELATED CASES</u>** |

    PLEASE TAKE NOTICE that this appeal is related to another pending appeal in the United States District Court designated as Case No. C 06-02416 MHP. The parties and issues involved in the two appeals are identical. The first appeal relates to an interlocutory order issued by the Bankruptcy Court. This appeal relates to a final judgment issued by the Bankruptcy Court relating to the same litigation, claim and issues.

Dated: May 8, 2007

                                       GOLDBERG, STINNETT, MEYERS & DAVIS
                                       A Professional Corporation


                              By:   <u>/s/ Dennis D. Davis</u>
                                           Attorneys for Plaintiff Jeffrey E. Hoffman

AMENDED NOTICE OF RELATED CASES
112084.DOC

**CERTIFICATE OF SERVICE BY FIRST CLASS MAIL**

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this Court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 44 Montgomery Street, Suite 2900, San Francisco, California 94104-4789; that on the date set out below, I served a copy of the following:

**AMENDED**
**NOTICE OF RELATED CASES**

on each party listed below by placing such a copy, enclosed in a sealed envelope with first class postage thereon affixed, in a United States Postal Service mailbox at San Francisco, California, addressed to each party listed below.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California, on May 8, 2007

/s/     *Pam Joakimson*

Jeffrey J Goodrich, Esq
Goodrich & Associates
336 Bon Air Center, #335
Greenbrae, CA  94904

Thomas M. Gosselin, Esq.
Pahl & Gosselin
225 W. Santa Clara St., Ste. 1500
San Jose, CA  95113-1752

CERTIFICATE OF SERVICE
10329.705/112084.DOC