UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: June 4, 2007

Case No.   C 06-2416  MHP               Judge: MARILYN H. PATEL

Title: JEFFREY HOFFMAN -v- THOMAS LLOYD et al

Attorneys: Appellant: Stephen Pahl
           Appellee: Jeffrey Goodrich

Deputy Clerk:  Anthony Bowser   Court Reporter: Juanita Gonzales

## PROCEEDINGS

1)   Appellant's Motion for Immediate Stay of Action

2)

3)

## ORDERED AFTER HEARING:

Counsel submit after further discussion; Counsel to submit stipulation for signature of court. Court to grant in part/denied in part motion pursuant to language to be provided in stipulation.

Further briefing for both this action and relate action C 07-2417 MHP  as follows:

   Opening briefs to be filed not later 7/13/2007;
   Responses to be filed by 8/13/2007;
   Replies to be filed by 8/27/2007;
   Hearing set for 2:00 pm on 9/24/2007;