1  **PAHL & McCAY**
   A Professional Corporation
2  **Stephen D. Pahl, Esq.** (State Bar No. 95900)
   **Ginger L. Sotelo, Esq.** (State Bar No. 210429)
3  225 West Santa Clara Street
   Suite 1500
4  San Jose, California 95113-1752
   Telephone No.: (408) 286-5100
5  Facsimile No.: (408) 286-5722
   Email: spahl@pahl-mccay.com
6        gsotelo@pahl-mccay.com

7

8        UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA

10       SAN FRANCISCO DIVISION

11 In re: THOMAS R. LLOYD,     )   Case No. C-06-02416 MHP
   _____)
12                                  )   Appeal from U.S. Bankruptcy Court,
   JEFFREY E. HOFFMAN, H&B      )   Northern District:
13 PROPERTIES, LLC, J. EDWARDS  )   Case No. 04-3221 TEC
   INVESTMENT GROUP, INC. and   )   Adv. No. 05-03328
14 NORCAL FINANCIAL, INC.,      )
                                    )
15    Plaintiff/Cross-Defendants and )   **DECLARATION OF STEPHEN**
      Appellants,                     )   **D. PAHL RE: ORDER ON**
16                                  )   **APPELLANTS' RENEWED**
   v.                                     )   **EMERGENCY MOTION FOR**
17                                  )   **IMMEDIATE STAY**
   THOMAS R. LLOYD and EDWARD L. )
18 BLUM,                            )
                                    )
19    Defendants/Cross-             )
      Complainant and Appellees    )
20 _____)

21       I, Stephen D. Pahl, declare:

22       1.    The matters set forth herein are based upon my own personal knowledge

23 and observation, except as to those matters which are stated to be based upon information

24 and belief. If called to testify herein, I can and would competently testify thereto.

25       2.    I am an attorney at law duly admitted to practice law before all of the courts

26 of the State of California. I am a shareholder in the professional law corporation of Pahl

27 & McCay, attorneys of record herein for Plaintiff/Appellant JEFFREY HOFFMAN

28 ("HOFFMAN").

---
                                1

**DECLARATION . . .**                                            (Case No. C-06-02416 MHP)

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113

3125-002 Appeal
00094107.WPD

3.  On June 4, 2007, a Renewed Emergency Motion of Appellants for Immediate Stay of Judgment or Order Pending Appeal ("Motion"), came on regularly for hearing in this matter. I appeared on behalf of Appellants, and Jeffrey J. Goodrich of Goodrich and Associates appeared on behalf of Respondent.

4.  The Court granted the Motion in part and denied the Motion in part. The Court directed Respondent's counsel to prepare a form of proposed order conforming to the rulings articulated from the bench.

5.  By June 13, 2007, this office had not yet received a proposed order on the Motion from Mr. Goodrich. I therefore caused a form of order to be drafted and sent to Mr. Goodrich for review and comment on June 13, 2007. The letter informed Mr. Goodrich that if the parties could not agree on a form of order by June 17, 2007, this office would submit its form of order for review and execution by the Court. A true and correct copy of the June 13, 2007, correspondence is attached hereto as Exhibit A and is incorporated herein.

6.  On June 14, 2007, opposing counsel responded to the June 13, 2007, letter stating that the form of order prepared by this office was unacceptable, and stating that he would prepare and forward a form of order by June 15, 2007. The response did not contain any substantive comments regarding the form of order prepared by this office. A true and correct copy of the June 14, 2007, correspondence is attached hereto as Exhibit B and is incorporated herein.

7.  As of the date of this declaration, this office has not received a proposed form of order on the Motion from Mr. Goodrich, nor does the docket in this matter indicate that a proposed form of order has been submitted to the Court by Mr. Goodrich.

///
///
///
///
///

Pahl &McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113

3125-002 Appeal
00094107.WPD

2

**DECLARATION . . .**

(Case No. C-06-02416 MHP)

8. Simultaneous with this declaration I am uploading Appellant's form of proposed order on the Motion, for the Court's review and execution.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on June 18, 2007 at San Jose, California.

_____
Stephen D. Pahl

Pahl &McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113

3125-002 Appeal
00094107.WPD

DECLARATION . . .

3

(Case No. C-06-02416 MHP)



| | Stephen D. Pahl | Ginger L. Sotelo |
|---|---|---|
| | Karen K. McCay | Sonia S. Shah |
| | Fenn C. Horton III | Anthony J. Adair |
| | Catherine S. Robertson | Michael J. Cheng |
| | Jeffrey M. Sulenski | |
| | Servando R. Sandoval | Sarahann Shapiro |
| | | *Special Counsel* |

225 West Santa Clara, Suite 1500, San Jose, California 95113-1752 • Tel: 408-286-5100 • Fax: 408-286-5722

June 13, 2007

**VIA REGULAR MAIL & EMAIL**

Jeffrey J. Goodrich
Law Offices of Goodrich and Associates
336 Bon Air Center, Suite 335
Greenbrae, CA 94904

Re: <u>In re: Thomas Lloyd; Hoffman v. Lloyd</u>

Dear Mr. Goodrich:

At the hearing on Defendant/Appellant's Motion for Emergency Stay the Court ordered that you draft a proposed order. To date, this office has not received a form of proposed order, nor have I received any notification that an order was submitted to the Court for entry. I have thus proceeded in preparing a proposed order. The proposed order is enclosed for your review and comment.

Please respond by approving the enclosed order or providing comments on the order. Your attention and response is requested by the end of the day on June 15, 2007. If I do not receive a response by Friday, I will proceed in submitting the enclosed proposed order to the court on June 17, 2007, alternatively if the parties are unable to agree to a proposed form of order I will submit the enclosed order, a copy of this letter, and any comments made by you; and will request that the court enter an appropriate order.

Please feel free to call me if you have any questions or wish to discuss this matter further.

Sincerely,

PAHL & McCAY
A Professional Corporation

Ginger L. Sotelo
Sender's Direct Dial No.: (408) 918-2836
Sender's Email Address: gsotelo@pahl-mccay.com

GLS:
Enclosure
cc:   Dennis Davis
      Client

3125/002 - 00093881.WPD.1

EXHIBIT A

PAHL & GOSSELIN
A Professional Corporation
**Stephen D. Pahl, Esq.** (State Bar No. 95900)
**Ginger L. Sotelo, Esq.** (State Bar No. 210429)
225 West Santa Clara Street
Suite 1500
San Jose, California 95113-1752
Telephone No.: (408) 286-5100
Facsimile No.: (408) 286-5722
Email: spahl@pahl-mccay.com
       gsotelo@pahl-mccay.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: THOMAS R. LLOYD, | Case No. C-06-02416 MHP |
| JEFFREY E. HOFFMAN, H&B PROPERTIES, LLC, J. EDWARDS INVESTMENT GROUP, INC. and NORCAL FINANCIAL, INC., | Appeal from U.S. Bankruptcy Court, Northern District: Case No. 04-3221 TEC Adv. No. 05-03328 |
| Plaintiff/Cross-Defendants and Appellants, | **ORDER ON APPELLANTS REQUEST FOR STAY** |
| v. | |
| THOMAS R. LLOYD and EDWARD L. BLUM, | |
| Defendants/Cross-Complainant and Appellees | |

On June 4, 2007, a Renewed Emergency Motion of Appellants for Immediate Stay of Judgment or Order Pending Appeal, came on regularly for hearing. Stephen Pahl of Pahl & McCay appeared on behalf of Appellants, and Jeffrey J. Goodrich of Goodrich and Associates appeared on behalf of Respondent. Based upon the papers submitted in support of and in opposition to the Motion and based upon oral argument presented at the hearing, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

Pending resolution of the consolidated appeals before this Court, Appellants'

Pahl & Gosselin
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3125-002 Appeal
00093483.WPD

1

ORDER ON APPELLANT'S REQUEST FOR STAY                    (Case No. C-06-02416 MHP)

request for stay of the April 30, 2007, Judgment entered in the United States Bankruptcy Court for the Northern District of California, Case Number 05-3328, is GRANTED in part and DENIED in part and this Court orders as follows:

    a.    There shall be no transfer, sale or encumbrance of the property, which is the subject of the underlying bankruptcy matter and this appeal, absent further order of the Bankruptcy Court or this Court, accordingly title to the subject property shall remain in the name of Jeffrey E. Hoffman;

    b.    Except as otherwise stated above, nothing in this order shall be in derogation of the April 30, 2007, Bankruptcy Court Judgment identified above.

**END OF ORDER**

Pahl & Gosselin
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3125-002 Appeal
00093483.WPD

--------------------  2  --------------------
**ORDER ON APPELLANT'S REQUEST FOR STAY**  (Case No. C-06-02416 MHP)

**Ginger Sotelo**

**From:** Jeffrey Goodrich [goodrich4bk@gmail.com]
**Sent:** Thursday, June 14, 2007 1:01 AM
**To:** Ginger Sotelo
**Subject:** Re: Order on Emergency Motion

Ms. Sotelo:

I am in Los Angeles through tomorrow and will be returning Friday. Immediately following the hearing, I ordered a transcript of the Court's ruling so that I could prepare an accurate order. From the order you have attached, it is apparent that you have not seen a transcript of the hearing. You also were not there. Accordingly, I don't see how you could draft an appropriate order.

When I receive the transcript, I will prepare a form of order. In the meantime, I will send you a form of order on Friday that I will propose be submitted by agreement. Your proposed form is patently unacceptable. The Court did NOT order that "title remain in the name of Mr. Hoffman".

Jeff Goodrich


On 6/13/07, **Ginger Sotelo** <gsotelo@pahl-mccay.com> wrote:

> Please see attached.
>
> Sincerely,
>
> Ginger L. Sotelo
> Pahl & McCay
> A Professional Corporation
> 225 West Santa Clara Street
> Suite 1500
> San Jose, California 95113
> Telephone: (408) 286-5100
> Direct: (408) 918-2836
> Fax: (408) 286-5722
>
> **Confidentiality and Privilege.** This e-mail message, including attachments, is intended solely for review by the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. Review by anyone other than the intended recipient(s) shall not constitute a waiver of any ATTORNEY-CLIENT PRIVILEGE or ATTORNEY WORK PRODUCT PROTECTION that may apply to this communication. If you are not the intended recipient, please contact the sender by return e-mail and destroy all copies of the original message.
>
> **Tax Advice Disclosure.** Any tax information or written tax advice contained in this email message, including attachments, is not intended to and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer. (The foregoing legend has been affixed pursuant to U.S. Treasury Regulations governing tax practice.)



EXHIBIT/ B

6/18/2007

6/18/2007