PAHL & GOSSELIN
A Professional Corporation
**Stephen D. Pahl, Esq.** (State Bar No. 95900)
**Ginger L. Sotelo, Esq.** (State Bar No. 210429)
225 West Santa Clara Street
Suite 1500
San Jose, California 95113-1752
Telephone No.: (408) 286-5100
Facsimile No.: (408) 286-5722
Email: spahl@pahl-mccay.com
       gsotelo@pahl-mccay.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: THOMAS R. LLOYD, | Case No. C-06-02416 MHP |
| JEFFREY E. HOFFMAN, H&B PROPERTIES, LLC, J. EDWARDS INVESTMENT GROUP, INC. and NORCAL FINANCIAL, INC., | Appeal from U.S. Bankruptcy Court, Northern District:<br>Case No. 04-3221 TEC<br>Adv. No. 05-03328 |
| Plaintiff/Cross-Defendants and Appellants, | **ORDER ON APPELLANTS REQUEST FOR STAY** |
| v. | |
| THOMAS R. LLOYD and EDWARD L. BLUM, | |
| Defendants/Cross-Complainant and Appellees | |

On June 4, 2007, a Renewed Emergency Motion of Appellants for Immediate Stay of Judgment or Order Pending Appeal, came on regularly for hearing. Stephen Pahl of Pahl & McCay appeared on behalf of Appellants, and Jeffrey J. Goodrich of Goodrich and Associates appeared on behalf of Respondent. Based upon the papers submitted in support of and in opposition to the Motion and based upon oral argument presented at the hearing, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

Pending resolution of the consolidated appeals before this Court, Appellants'

Pahl & Gosselin
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3125-002 Appeal
00093483.WPD

1

**ORDER ON APPELLANT'S REQUEST FOR STAY**                                   (Case No. C-06-02416 MHP)

request for stay of the April 30, 2007, Judgment entered in the United States Bankruptcy Court for the Northern District of California, Case Number 05-3328, is GRANTED in part and DENIED in part and this Court orders as follows:

    a.    There shall be no transfer, sale or encumbrance of the property, which is the subject of the underlying bankruptcy matter and this appeal, absent further order of the Bankruptcy Court or this Court, accordingly title to the subject property shall remain in the name of Jeffrey E. Hoffman;

    b.    Except as otherwise stated above, nothing in this order shall be in derogation of the April 30, 2007, Bankruptcy Court Judgment identified above.

**END OF ORDER**

Pahl & Gosselin
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3125-002 Appeal
00093483.WPD

2

**ORDER ON APPELLANT'S REQUEST FOR STAY**

(Case No. C-06-02416 MHP)