1  Jeffrey J. Goodrich (SBN 107577)
   GOODRICH & ASSOCIATES
2  336 Bon Air Center, Suite 335
   Greenbrae, CA 94904
3  Telephone: (415) 925-8630
   Facsimile: (415) 925-9242
4
   Donald F. Drummond (SBN 052986)
5  Christina R. Pfirrman (SBN 111964)
   DRUMMOND & ASSOCIATES
6  One California Street, Suite 300
   San Francisco, CA 94111
7  Telephone: (415) 433-2261
   Facsimile: (415) 438-9819
8
   Attorneys for Appellee Thomas R. Lloyd,
9  Debtor and Debtor-in-Possession

10
                    UNITED STATES DISTRICT COURT
11
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13

14 | In re:                                      ) | Case No. C-06-02416 MHP
                                                 )
15 | THOMAS R. LLOYD,                            ) | Appeal from the U. S. Bankruptcy Court,
                                                 )   Northern District of California;
16 |          Debtor.                            ) | Case No. 04-03221 TEC
   |_____) | Adv. No. 05-03328
17 |                                             )
   | JEFFREY HOFFMAN, H&B PROPERTIES,            )
18 | LLC, J. EDWARDS INVESTMENT                  ) | **NOTICE OF APPEARANCE ON**
   | GROUP, INC. and NORCAL FINANCIAL,           ) | **BEHALF OF THOMAS R. LLOYD**
19 | INC.,                                       )
                                                 )
20 |          Plaintiffs/Cross-Defendants        ) | Hearing Date: N/A
   |          and Appellants,                    ) | Hearing Time: N/A
21 |                                             ) | Courtroom: N/A
   | v.                                          )
22 |                                             )
   | THOMAS R. LLOYD, et al.,                    )
23 |                                             )
   |          Defendants/Cross-                  )
24 |          Complainants and Appellees.        )
                                                 )
25 |_____)

26 TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

27          PLEASE TAKE NOTICE that the following hereby enter their appearance in this

28 case as Special Litigation Counsel and additional counsel of record on behalf of Appellee

---
                                       1
                                                    NOTICE OF APPEARANCE [Case No. C-06-02416 MHP]

1  Thomas R. Lloyd, Debtor and Debtor-in-Possession:

Donald F. Drummond, Esq.<br>
Christina R. Pfirrman, Esq.<br>
DRUMMOND & ASSOCIATES<br>
One California Street, Suite 300<br>
San Francisco, CA 94111<br>
Telephone: (415) 433-2261<br>
Facsimile: (415) 438-9819

In accordance with Rule 5 of the Federal Rules of Civil Procedure, please serve all papers and notices upon Special Litigation Counsel as well as upon Goodrich & Associates.

DATED: June 24, 2007                    DRUMMOND & ASSOCIATES

/s/ Christina R. Pfirrman
Christina R. Pfirrman

Special Litigation Counsel for Thomas R. Lloyd, Debtor and Debtor-in-Possession

appearance-notice-D&A.wpd