GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Appellant, Jeffrey E. Hoffman

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. HOFFMAN,<br>    Plaintiff,<br>vs.<br>THOMAS R. LLOYD, an individual,<br>EDWARD L. BLUM, an individual, and<br>DOES 1 through 20, inclusive,,<br>    Defendants. | No. 3:07-CV-2417 MHP |
| THOMAS LLOYD,<br>    Cross-Plaintiff,<br>vs.<br>JEFFREY E. HOFFMAN, dba H&B<br>PROPERTIES; H&B PROPERTIES, LLC;<br>J. EDWARDS INVESTMENT GROUP,<br>INC., and NORCAL FINANCIAL, INC.,<br>    Cross-Defendants. | |

## CERTIFICATE OF SERVICE BY FIRST CLASS MAIL

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this Court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 44 Montgomery Street, Suite 2900, San Francisco, California 94104-4789; that on the date set out below, I served a copy of the following:

## APPELLANT'S OPENING BRIEF

## APPELLANT'S EXCERPTS OF RECORD ON APPEAL
## VOLUMES I, II, III and IV

-1-

CERTIFICATE OF SERVICE
10329.705/113201.DOC

on each party listed below by placing such a copy, enclosed in a sealed envelope with first class postage thereon affixed, in a United States Postal Service mailbox at San Francisco, California, addressed to each party listed below.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on July 13, 2007.

/s/ PAMELA A. JOAKIMSON

Stephen D. Pahl, Esq.
Pahl & McCay
225 West Santa Clara St., 14th Fl.
San Jose, CA  95113-1700

Jeffrey J. Goodrich, Esq
Goodrich & Associates
336 Bon Air Center, #335
Greenbrae, CA  94904

Donald F. Frummond, Esq.
Drummond & Associates
One California Street, Suite 300
San Francisco, CA  94111

-2-
CERTIFICATE OF SERVICE
10329.705/113201.DOC