GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
44 Montgomery Street, Suite 2900
San Francisco, CA  94104
Telephone: (415) 362-5045
Facsimile:  (415) 362-2392

Attorneys for Appellant, Jeffrey E. Hoffman

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. HOFFMAN,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS R. LLOYD, an individual, EDWARD L. BLUM, an individual, and DOES 1 through 20, inclusive,,<br><br>Defendants. | No. 3:07-CV-2417 MHP |
| THOMAS LLOYD,<br><br>Cross-Plaintiff,<br><br>vs.<br><br>JEFFREY E. HOFFMAN, dba H&B PROPERTIES; H&B PROPERTIES, LLC; J. EDWARDS INVESTMENT GROUP, INC., and NORCAL FINANCIAL, INC.,<br><br>Cross-Defendants. | Date:     September 24, 2007<br>Time:     2:00 p.m.<br>Place:    Courtroom 15<br>          18th Floor<br>          450 Golden Gate Ave.<br>          San Francisco, CA  94102<br>Judge:    The Hon. Marilyn Hall Patel |

**DECLARATION OF DENNIS D. DAVIS**
**RELATING TO APPEAL BRIEF**

I, DENNIS D. DAVIS, declare:

1.      I am an attorney licensed to practice law in all courts of the State of California, and am

LAW OFFICES
GOLDBERG, STINNETT, DAVIS & LINCHEY
A PROFESSIONAL CORPORATION
44 MONTGOMERY STREET, SUITE 2900
SAN FRANCISCO, CALIFORNIA  94104

LAW OFFICES
**GOLDBERG, STINNETT, DAVIS & LINCHEY**
A PROFESSIONAL CORPORATION
44 MONTGOMERY STREET, SUITE 2900
SAN FRANCISCO, CALIFORNIA 94104

a member of the law firm of Goldberg, Stinnett, Davis & Linchey, A Professional Corporation, counsel for Jeffrey E. Hoffman, H&B Properties LLC, J. Edwards Investment Group, Inc. and Norcal Financial, Inc., and in such capacity, I am personally familiar with each of the facts stated herein, to which I could competently testify if called upon to do so in a court of law.

2. Mr. Goodrich has accused me of "doctoring" documents. I never doctored any documents, nor did I represent that handwritten notes on Mr. Hoffman's declaration were made by Mr. Hoffman. Indeed, many of the exhibits and pleadings, marked as excerpts of record, contain handwritten notes, such as EOR-1, 2, 30 and 346. I have made no attempt to represent whose notes these are and in most cases, I do not know. Furthermore, I believe that anyone reading the document referenced by Mr. Goodrich could see that the handwritten interlineation is followed by a question mark and would reasonably assume that it was an attorney notation. The copy of the declaration I included in the excerpt of record is the copy I received from Mr. Pahl's office, when I joined the case in midstream.

3. On June 26, 2007, this Court ordered, after an ex parte "emergency" motion, that appellants should reimburse Lloyd for any and all expenses incurred in the restoration of the property relating to the damages which Lloyd alleged had occurred in his "emergency" motion. In compliance with that order, I wrote to Donald Drummond, one of Mr. Lloyd's attorneys, and asked him to supply us with evidence of damage and copies of any invoices. A copy of that June 27, 2007 letter, which was faxed to Mr. Drummond, is attached hereto as **Exhibit "A"**. I never received a response from Mr. Drummond, or from anyone else. Because of that lack of any response, I obtained a Bankruptcy Court order requiring Lloyd to turn over, among other things, all records relating to any such repairs on August 3, 2007. A copy of that order is attached hereto as **Exhibit "B"**. The order called for Lloyd to turn over documentation of any repairs on August 21, 2007. To date, no responsive documents have been turned over. If there was any damage caused relating to the "emergency" motion, it has still not been supplied to me.

/ / / /

/ / / /

2

DECLARATION OF DENNIS D. DAVIS
RELATING TO APPEAL BRIEF
10329.705/113814.DOC

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on August 24, 2007 at San Francisco, California.

/s/ DENNIS D. DAVIS

LAW OFFICES
GOLDBERG, STINNETT, DAVIS & LINCHEY
A PROFESSIONAL CORPORATION
44 MONTGOMERY STREET, SUITE 2900
SAN FRANCISCO, CALIFORNIA 94104

DECLARATION OF DENNIS D. DAVIS
RELATING TO APPEAL BRIEF
10329.705/113814.DOC