GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Appellant, Jeffrey E. Hoffman

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. HOFFMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS R. LLOYD, an individual, EDWARD L. BLUM, an individual, and DOES 1 through 20, inclusive,,<br><br>    Defendants. | No. 3:07-CV-2417 MHP |
| THOMAS LLOYD,<br><br>    Cross-Plaintiff,<br><br>vs.<br><br>JEFFREY E. HOFFMAN, dba H&B PROPERTIES; H&B PROPERTIES, LLC; J. EDWARDS INVESTMENT GROUP, INC., and NORCAL FINANCIAL, INC.,<br><br>    Cross-Defendants. | Date:   September 24, 2007<br>Time:  2:00 p.m.<br>Place:  Courtroom 15<br>          18th Floor<br>          450 Golden Gate Ave.<br>          San Francisco, CA 94102<br>Judge:  The Hon. Marilyn Hall Patel |

**EXHIBITS "A" AND "B" TO DECLARATION
OF DENNIS D. DAVIS RELATING TO APPEAL BRIEF**

DATED: August 24, 2007

GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation

By:   /s/ Dennis D. Davis
       Attorneys for Jeffrey E. Hoffman

1

EXHIBITS "A" AND "B" TO DECLARATION OF DENNIS D. DAVIS
RELATING TO APPEAL BRIEF
10329.705/113835.DOC

LAWRENCE GOLDBERG
MERLE C. MEYERS
DENNIS D. DAVIS
DANIEL M. LINCHEY
KATHERINE D. RAY
MIRIAM KHATIBLOU
KATHY L. QUON
YOSHIE VALADEZ

LAW OFFICES
**GOLDBERG, STINNETT, MEYERS & DAVIS**
A PROFESSIONAL CORPORATION
44 MONTGOMERY STREET, SUITE 2900
SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE
(415) 362-5045

FACSIMILE
(415) 362-2392

ddavis@gsmdlaw.com

June 27, 2007

**BY FAX (415) 438-9819**

Donald F. Drummond, Esq.
Drummond & Associates
One California Street, Suite 300
San Francisco, CA 94111

Re: Thomas R. Lloyd, Debtor, Case No. C-06-2416 MHP
Jeffrey E. Hoffman v. Thomas R. Lloyd and Edward L. Blum, APN 05-3328

Dear Mr. Drummond:

We are in receipt of your two short recent letters. I called and left a message but have not heard back from you. With respect to the homeowners insurance, please provide evidence that Mr. Lloyd has perfected the insurance by making payments. He is required to report this information on a monthly basis to the Court in any event, so that it is hardly a secret.

I do not know what you are referring to about holding my client in contempt of the February 27, 2007 order. Presumably, you are referring to Mr. Goodrich's incorrect statement in the application to retain your office that the police identified the individuals referred to as agents of Mr. Hoffman. In fact, there is not such reference. The papers that have been filed thus far appear not to shy away from exaggeration. For example, one "fact" contained in a declaration from your office is that Mr. Goodrich had ordered a copy of the transcript of the District Court hearing before leaving on vacation. In fact, he did not do that and I was the one who actually ordered that transcript, because of his failure to do so. Had you contacted us before making that representation, the error would have been avoided.

With respect to Judge Patel's Order, even though it was obtained *ex parte* based upon a distortion of the facts presented by Mr. Lloyd, our client will simply pay the expense referred to in Paragraph 4, because the cost of seeking a hearing to present the true facts exceeds the cost of changing locks. Hopefully, Mr. Lloyd will not escalate this matter by exaggerating matters. His description varies quite dramatically from what was described by the police report. As I understand it, a locksmith has already removed the lock, so I am not sure why there is delay in providing the locksmith bill. If you contend there was any other damage, please provide evidence of that and we will respond promptly.

112954.doc

**EXHIBIT "A"**

Donald F. Drummond, Esq.
June 27, 2007
Page 2

                                    Very truly yours,

                                    GOLDBERG, STINNETT, MEYERS & DAVIS
                                    A Professional Corporation

                                    By   /s/ Dennis D. Davis
                                           Dennis D. Davis

DDD:paj

cc:    Anne Hayes, Esq.

10329

112954.doc

Entered on Docket
August 03, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1  GOLDBERG, STINNETT, DAVIS & LINCHEY
   A Professional Corporation
2  DENNIS D. DAVIS, ESQ. CA Bar #070591
   44 Montgomery Street, Suite 2900
3  San Francisco, CA 94104
   Telephone: (415) 362-5045
4  Facsimile: (415) 362-2392

Signed and Filed: August 03, 2007

_____
THOMAS E. CARLSON
U.S. Bankruptcy Judge

5  Attorneys for Jeffrey E. Hoffman, H&B
   Properties LLC, J. Edwards Investment
6  Group, Inc. and Norcal Financial, Inc.

7

8              IN THE UNITED STATES BANKRUPTCY COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  In re:                          Case No. 04-32921-TEC

13  THOMAS LLOYD,                   Chapter 11

14

15              Debtor.

16

17         ORDER AUTHORIZING PRODUCTION OF
           DOCUMENTS AND APPEARANCE TO GIVE
18         TESTIMONY PURSUANT TO BANKRUPTCY RULE 2004

19      Upon the application of Jeffrey E. Hoffman, H&B Properties LLC, J. Edwards Investment Group,

20  Inc. and Norcal Financial, Inc., for an order directing Thomas Lloyd to produce documents for inspection

21  and photocopying and to appear and give testimony pursuant to the provisions of Rule 2004 of the Federal

22  rules of Bankruptcy Procedure, and good cause appearing therefore,

23      **IT IS HEREBY ORDERED** that Thomas Lloyd shall produce the following documents at the law

24  offices of Goldberg, Stinnett, Davis & Linchey, A Professional Corporation, 44 Montgomery Street, Suite

25  2900, San Francisco, CA 94104 on August 21, 2007 at 10:00am:

26      1.    All post-petition banking records and any other records reflecting expenditures of funds post-

27  petition;

28      2.    All records reflecting payment of insurance premiums on the Elisabeth Street Property during

-1-

ORDER AUTHORIZING PRODUCTION OF DOCUMENTS AND APPEARANCE
TO GIVE TESTIMONY PURSUANT TO BANKRUPTCY RULE 2004
113520.DOC

EXHIBIT "B"

the year 2007;

3. A copy of all policies of insurance in effect relating to the Elisabeth Street Property.

4. All evidence of any repairs or other maintenance to the Elisabeth Street Property during the year 2007.

**IT IS HEREBY FURTHER ORDERED** that Thomas Lloyd shall appear at the law offices of Goldberg, Stinnett, Davis & Linchey, A Professional Corporation, 44 Montgomery Street, Suite 2900, San Francisco, CA 94104, on August 21, 2007, at 10:00 am for an examination under oath pursuant to the provisions of Rule 2004 of the Federal Rules of Bankruptcy Procedure.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

Dennis D. Davis, Esq.
Goldberg, Stinnett, Meyers & Davis
44 Montgomery Street, Suite 2900
San Francisco, CA 94104

Office of the U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-3401

10329/113520.DOC