GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
44 Montgomery Street, Suite 2900
San Francisco, CA  94104
Telephone: (415) 362-5045
Facsimile:  (415) 362-2392

Attorneys for Appellant, Jeffrey E. Hoffman

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. HOFFMAN,<br><br>        Plaintiff,<br><br>vs.<br><br>THOMAS R. LLOYD, an individual,<br>EDWARD L. BLUM, an individual, and<br>DOES 1 through 20, inclusive,,<br><br>        Defendants. | No. 3:07-CV-2417 MHP |
| THOMAS LLOYD,<br><br>        Cross-Plaintiff,<br><br>vs.<br><br>JEFFREY E. HOFFMAN, dba H&B<br>PROPERTIES; H&B PROPERTIES, LLC;<br>J. EDWARDS INVESTMENT GROUP,<br>INC., and NORCAL FINANCIAL, INC.,<br><br>        Cross-Defendants. | Date:     September 24, 2007<br>Time:    2:00 p.m.<br>Place:   Courtroom 15<br>          18th Floor<br>          450 Golden Gate Ave.<br>          San Francisco, CA  94102<br>Judge:  The Hon. Marilyn Hall Patel |

## CERTIFICATE OF SERVICE BY FIRST CLASS MAIL

     I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this Court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business

-1-

1   address is 44 Montgomery Street, Suite 2900, San Francisco, California 94104-4789; that on the date

2   set out below, I served a copy of the following:

3                              **APPELLANT'S REPLY BRIEF**

4                           **DECLARATION OF DENNIS D. DAVIS**
5                           **RELATING TO APPEAL BRIEF**

6   on each party listed below by placing such a copy, enclosed in a sealed envelope with first class

7   postage thereon affixed, in a United States Postal Service mailbox at San Francisco, California,

8   addressed to each party listed below.

9        I declare under penalty of perjury that the foregoing is true and correct.  Executed at San

10  Francisco, California on August 24, 2007.

11                                   ____/s/____ _Pam Joakimson_____

12

13

14
    Stephen D. Pahl, Esq.
15  Pahl & McCay
    225 West Santa Clara St., 14th Fl.
16  San Jose, CA  95113-1700

17  Jeffrey J. Goodrich, Esq
    Goodrich & Associates
18  336 Bon Air Center, #335
    Greenbrae, CA  94904

19
    Donald F. Drummond, Esq.
20  Drummond & Associates
    One California Street, Suite 300
21  San Francisco, CA  94111

22

23

24

25

26

27

28

                                        -2-