UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: THOMAS R. LLOYD, | No. C 06-02416 MHP<br>C 07-02417 MHP |
| *And related actions as listed.* | **CLERK'S NOTICE**<br>**(Rescheduling Hearing)** |

    Due to congestion of this court's calendar, the parties are notified that the hearing of the motion(s) in this matter currently on calendar for September 29, 2007, is hereby RESCHEDULED to **October 10, 2007, at 3:00 p.m.** Please note that only the hearing date is being rescheduled; the briefing schedule pursuant to the orginal hearing date remains in effect.

Richard W. Wieking
Clerk, U.S. District Court

Dated: September 14, 2007

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140