**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: October 10, 2007

Case Nos.   C06-7610 MHP          Judge: MARILYN H. PATEL
            C07-2417 MHP

Title:  **Jeffrey Hoffman v Thomas Lloyd., et al**

Attorneys: Appellant:   Dennis D. Davis, Stephen D. Pahl
           Appellee:    Jeff Goodrich

Deputy Clerk:   Lili M. Harrell         Court Reporter: Margo Gurule

**PROCEEDINGS**

1)   Bankruptcy Appeal Hearing

2)

3)

**ORDERED AFTER HEARING:**

   Matter Submitted.