GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
44 Montgomery Street, Suite 2900
San Francisco, CA  94104
Telephone: (415) 362-5045
Facsimile:  (415) 362-2392

Attorneys for Appellants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. HOFFMAN, H&B PROPERTIES, LLC, J. EDWARDS INVESTMENT GROUP, INC. and NORCAL FINANCIAL, INC., <br><br> Appellants, <br><br> vs. <br><br> THOMAS R. LLOYD and EDWARD L. BLUM, <br><br> Appellees. | C 06-02416 MHP <br><br> C 07-02417 MHP |

### NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Appellants herein, Jeffrey E. Hoffman, H&B Properties, LLC, J. Edwards Investment Group, Inc. and Norcal Financial, Inc. appeal to the United States Court of Appeals for the Ninth Circuit from the District Court's Memorandum and Order (Affirming Judgment Of The Bankruptcy Court) [the "Memorandum"],

-1-

entered in these cases on February 1, 2008, and all orders and judgments that gave rise to the Memorandum.

The parties to the Memorandum appealed from and the names and addresses of their respective attorneys are as follows:

| | |
|---|---|
| <u>Thomas R. Lloyd</u><br>c/o  Jeffrey J Goodrich, Esq<br>Goodrich & Associates<br>336 Bon Air Center, #335<br>Greenbrae, CA  94904 | <u>Thomas R. Lloyd</u><br>c/o  Donald F. Drummond, Esq.<br>Drummond & Associates<br>One California Street, Suite 300<br>San Francisco, CA  94111 |
| Jeffrey E. Hoffman, H&B Properties, LLC, J. Edwards Investment Group, Inc. <u>and Norcal Financial, Inc.</u><br>c/o Dennis D. Davis, Esq.<br>Goldberg, Stinnett, Davis & Linchey<br>44 Montgomery Street, Suite 3900<br>San Francisco, CA  94104 | Jeffrey E. Hoffman, H&B Properties, LLC, J. Edwards Investment Group, Inc. <u>and Norcal Financial, Inc.</u><br>c/o  Stephen D. Pahl, Esq.<br>Pahl & McCay<br>225 West Santa Clara St., 14th Fl.<br>San Jose, CA  95113-1700 |

DATED:  February 26, 2008

        GOLDBERG, STINNETT, DAVIS & LINCHEY
        A Professional Corporation


        By:    /s/    Dennis D. Davis
           Dennis D. Davis, CA Bar #70591
           Attorneys for Jeffrey E. Hoffman, H&B
           Properties, LLC, J. Edwards Investment
           Group, Inc. and Norcal Financial, Inc.

## CERTIFICATE OF SERVICE BY FIRST CLASS MAIL

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this Court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 44 Montgomery Street, Suite 2900, San Francisco, California 94104-4789; that on the date set out below, I served a copy of the following:

### NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

on each party listed below by placing such a copy, enclosed in a sealed envelope with first class postage thereon affixed, in a United States Postal Service mailbox at San Francisco, California, addressed to each party listed below.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on February 26, 2008.

                                                                          /s/   Pam Joakimson

Jeffrey J Goodrich, Esq  
Goodrich & Associates  
336 Bon Air Center, #335  
Greenbrae, CA  94904

Stephen D. Pahl, Esq.  
Pahl & McCay  
225 West Santa Clara St., 14th Fl.  
San Jose, CA  95113-1700

Donald F. Drummond, Esq.  
Drummond & Associates  
One California Street, Suite 300  
San Francisco, CA  94111

10329.709/116056.DOC