**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 9, 2008

Dennis D. Davis
Goldberg, Stinnett, Davis & Linchey
44 Montgomery Street, Suite 2900
San Francisco, CA 94104

SUBJECT:   Request for Payment of Docket Fee

   Title: **JEFFREY E HOFFMAN -v- THOMAS R LLOYD**
   Case Number:   CV 07-02417 MHP
   Court of Appeals Number:

A notice of appeal was filed with this Court on February 27, 2008 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk

by:  Gina Agustine-Rivas
Case Systems Administrator

cc: U.S. Court of Appeals