**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 9, 2008

*RECEIVED APR 14 2008*

Dennis D. Davis
Goldberg, Stinnett, Davis & Linchey
44 Montgomery Street, Suite 2900
San Francisco, CA 94104

SUBJECT:   Request for Payment of Docket Fee

   **Title: JEFFREY E HOFFMAN -v- THOMAS R LLOYD**
   **Case Number:     CV 07-02417 MHP**
   **Court of Appeals Number:**

A notice of appeal was filed with this Court on February 27, 2008 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk

*[signature]*

by:   Gina Agustine-Rivas
Case Systems Administrator

cc: U.S. Court of Appeals

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611018150
Cashier ID: nudot
Transaction Date: 04/14/2008
Payer Name: Goldberg Stinnett Davis and
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Jeffrey E. Hoffman
 Case/Party: D-CAN-3-07-CV-002417-001
 Amount:      $455.00
------------------------------------
CHECK
 Check/Money Order Num: 24172
 Amt Tendered: $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

C-07-2417-MHP

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```