**RECEIVED**
APR 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

APR 10 2008
FILED_____
DOCKETED_____
DATE     INITIAL

April 8, 2008

**CASE INFORMATION:**
Short Case Title: JEFFREY E HOFFMAN -v- THOMAS R LLOYD
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name:   NORTHERN DISTRICT OF CALIFORNIA,
SAN FRANCISCO DIVISION
Criminal and/or Civil Case No.:   CV 07-02417 MHP
Date Complaint/Indictment/Petition Filed:   5/4/07
Date Appealed order/judgment *entered*:   2/1/08
Date NOA *filed*:   2/27/08
Date(s) of Indictment  Plea Hearing  Sentencing

08-15883

COA Status (check one):  ☐ granted in full (attach order)   ☐ denied in full (send record)
                          ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number: MARGO GURULE   (415) 522-2079

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                          Date Docket Fee Billed:
Date FP granted:                               Date FP denied:
Is FP pending? ☐ yes  ✔ no                    Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ✔ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                             Appellee Counsel:
  ***PLEASE SEE ATTACH DOCKET SHEET***

✔ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                   Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                   9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Gina Agustine-Rivas
                          (415) 522-2087

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

APR 1 0 2008

FILED_____
DOCKETED_____
                DATE        INITIAL

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 8, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 07-02417 MHP**

**CASE TITLE: JEFFREY E HOFFMAN-v-THOMAS R LLOYD**

USCA Case Number: 08-15883

Dear Sir/Madam:

Enclosed is the NOTICE OF APPEAL in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

*Gina Agustine*

by: Gina Agustine-Rivas
Case Systems Administrator

cc: Counsel of Record




Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

April 16, 2008

CA9 Docket No.:       08-15883
Agency Number:        3:07-CV-02417-MHP
Short Title:          Jeffrey Hoffman, et al v. Thomas Lloyd, et al.

Dear Counsel:

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit.

The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case. Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for designating and filing the reporter's transcript, if applicable, filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

The following information is being provided in an attempt to answer the most frequently asked questions regarding the appellate process. Please review this information very carefully. For convenience, we use the term "Circuit Rules" instead of "Rules of the United States Court of Appeals for the Ninth Circuit" and "FRAP" instead of "Federal Rules of Appellate Procedure."

Enclosed with this letter is an appellate processing schedule along with a case processing checklist to help you monitor the progress of your case.

**Appellants/Petitioners who are filing pro se should refer to the accompanying information sheet regarding the filing of informal briefs.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 16 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| JEFFREY E. HOFFMAN; H&B PROPERTIES, LLC; J. EDWARDS INVESTMENT GROUP, INC.; NORCAL FINANCIAL, INC., <br><br> Appellants - Appellants <br><br> v. <br><br> THOMAS R. LLOYD; EDWARD L. BLUM, <br><br> Appellees - Appellees | No. 08-15883 <br> D.C. No. 3:07-CV-02417-MHP <br><br> **TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule:

**Mon., February 11, 2008**     Appellant/petitioner shall notify appellee/respondent of transcripts to be ordered, pursuant to 9th Cir. R. 10-3.1(a);

**Thu., February 21, 2008**     Appellee/respondent shall notify appellant/petitioner of any additional transcripts needed, pursuant to 9th Cir. R. 10-3.1(b);

**Mon., March 3, 2008**     Appellant/petitioner shall file transcript order form with the district court and make payment arrangements with court reporter, pursuant to 9th Cir. R. 10-3.1;

**Thu., May 29, 2008**     Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1;

**Mon., June 30, 2008**     The brief of appellee/respondent shall be filed and served, pursuant to FRAP 32 and 9th Cir. R. 32-1

The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.

Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1

Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.

> FOR THE COURT:
> Molly C. Dwyer
> Clerk of Court
>
> RT
>
> Ruben Talavera
> Deputy Clerk